December 30, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

## ISAIKA JACKSON, Appellant

NO. 14-13-00968-CV                                V.

## SAIA MOTOR FREIGHT LINE, LLC, Appellee
_____

This court today heard a motion for rehearing filed by appellant, Isaika Jackson. We order the motion be overruled, and that the court's former judgment of October 30, 2014 be vacated, set aside, and annulled. We further order this court's memorandum opinion of October 30, 2014, withdrawn.

This cause, an appeal from the judgment in favor of appellee, SAIA Motor Freight Line, LLC, signed September 27, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Isaika Jackson, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.